**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                CASE NO. 8:13-CIV-2372-T-EAK-MAP

JEREMIAS TORRES, et al.,

    Defendants.

_____/

## ORDER ENTERING DEFAULT JUDGMENT

This cause is before the Court on the Plaintiff's application for entry of default judgment against Defendant Bank of America, NA (Doc. 18). The Plaintiff requests the Court determine that Bank of America, NA has no interest in the property that is subject to this action ( LOT 6 IN BLOCK 2 OF CARROLLWOOD SPRINGS UNIT 1, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 52 ON PAGE 23 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA), and, should that property be foreclosed upon, the Plaintiff may sell it free and clear of any purported interest that Bank of America, NA may have. The Court has reviewed the motion and finds the motion to be well-taken and unopposed. Accordingly, it is

    **ORDERED** that the application for entry of default judgment against Defendant Bank

of America, NA (Doc. 18) be **granted**.  The Court determines that Bank of America, NA has no interest in the subject property, as described above, and judgment shall be entered for the Plaintiff and against Defendant, Bank of America, NA, as follows: 1) should the property be foreclosed upon the Defendant has no interest in the subject property; 2) the United States may sell the property free and clear of any purported interest Bank of America, NA may assert; and 3) none of the proceeds of a future foreclosure sale are to be paid to Bank of America, NA.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of February, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record